## ALLONGE TO PROMISSORY NOTE

Re: Promissory Note, in the original principal amount of $1,500,000.00, dated March 15, 2016, executed by Metro Service Group, Inc. ("Borrower"), and originally payable to the order of JPMorgan Chase Bank, N.A.

**Pay to the order of McCormick 101, LLC ("Assignee"), as is, where is, with all faults without recourse and without representation or warranty of any kind, express or implied, except as set forth in that certain Loan Purchase and Sale Agreement between Assignor and Assignee.**

ASSIGNOR:

JPMORGAN CHASE BANK, N.A.

By: *Rick L. Parker*
Name: Rick L. Parker
Title: Vice President

Effective Date: April 12, 2021